IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-951-PAB-KLM

UNITED STATES OF AMERICA,

       *Plaintiff*,

  v.

DAVID L. CANTLIFFE; PERRY M. WENTLING as Trustee of the 630 S. SNOWMASS LAND TRUST; MARGI H. CANTLIFFE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; COLORADO DEPARTMENT OF REVENUE; BOULDER COUNTY, COLORADO,

       *Defendants*.

---

**UNITED STATES' UNOPPOSED MOTION
TO STAY PORTION OF ORDER ALLOWING SALE (Dkt. 49)
IN LIGHT OF SETTLEMENT AND AGREEMENT AS TO COSTS**

---

The Court has awarded a money judgment against David Cantliffe and in favor of the United States, and has authorized the United States to sell certain real property to help satisfy the judgment. However, the United States and Mr. Cantliffe have reached a settlement agreement under which Mr. Cantliffe would make certain payments without the United States having to sell the property. In

an abundance of caution, the United States thus asks that the portion of the Court's order allowing the United States to sell the property be stayed for nine months.

## BACKGROUND

The United States brought this suit to obtain a judgment for federal tax liabilities that Mr. Cantliffe owed, and to foreclose on a parcel of real property located at 630 South Snowmass Circle, Superior, Colorado, 80027, to help satisfy the judgment. The other defendants are entities that the United States believed might also assert a lien or other claim on the property. The United States named them so that their claims could be adjudicated and, if appropriate, satisfied from the sales proceeds if the property was sold. *See* 26 U.S.C. § 7403(b).

The Court granted summary judgment for the United States and authorized the United States to sell the property. (Dkts. 49 and 50). However, the United States and Mr. Cantliffe have reached an agreement that, among other terms, provides for Mr. Cantliffe to make certain payments to the United States over a period of approximately nine months. It also provides that Mr. Cantliffe will pay the United States' costs. (*See* Dkt. 51 (United States' proposed bill of costs)). If Mr. Cantliffe complies with the agreement, the United States would not sell the real property. The agreement further provides that, under certain circumstances, Mr. Cantliffe may seek to sell the property himself, with the proceeds going to pay the judgment.

In an abundance of caution, the United States therefore asks that the portion of the Court's summary judgment order that allows the sale be stayed for nine months.[1] The United States reserves its right to proceed with a sale if Mr. Cantliffe does not comply with the agreement.

If the property is not sold, there would be no sales proceeds to pay out to the other parties. The United States has conferred with the other parties. They consent to the requested stay, though Mortgage Electronic Registration Systems, Inc. and PHH Mortgage Corporation, the successor by merger to defendant Ocwen Loan Servicing, LLC, consent to the motion subject to the understanding that they reserve any right they may have to proceed with any foreclosure, loss mitigation, or other servicing or enforcement remedies relating to the senior mortgage lien in the ordinary course.

WHEREFORE the United States respectfully asks that the portions of Dkt. 49 allowing the United States to sell the property and directing the manner of sale be stayed for nine months, subject to the agreement between Mr. Cantliffe and the United States.

---

[1] The order included a provision that required Mr. Cantliffe and any others residing on the property to vacate within 14 days. The United States previously requested and obtained a limited stay of that portion of the order while it considered Mr. Cantliffe's settlement proposal. (*See* Dkt. 55). Because Mr. Cantliffe and the United States have reached the agreement discussed above, the United States is not seeking to enforce the order to vacate at this time.

Respectfully submitted this 16th day of December, 2020.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/E. Carmen Ramirez*
        E. CARMEN RAMIREZ
        DC Bar No. 975331
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        Telephone:   (202) 616-2885
        Facsimile:    (202) 307-0054
        e.carmen.ramirez@usdoj.gov
        western.taxcivil@usdoj.gov

        *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that service of the foregoing is made this 16th day of December, 2020 via the Court's ECF system, to all parties that have appeared to date.

                                                          */s/E. Carmen Ramirez*
                                                          E. CARMEN RAMIREZ